# EXHIBIT L

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1　　　　　　　　　　　　　　　　　　　　　　EPAS ID: PAT5234727
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| MICHAEL FRANCIS | 11/09/2018 |
| NATHAN KEMPER | 11/09/2018 |
| HILARY WRIGGERS | 11/09/2018 |

### RECEIVING PARTY DATA

| Name: | EMBODY LLC |
|---|---|
| Street Address: | 4111 MONARCH WAY |
| Internal Address: | SUITE 409 |
| City: | NORFOLK |
| State/Country: | VIRGINIA |
| Postal Code: | 23508 |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Application Number: | 16152963 |

### CORRESPONDENCE DATA

Fax Number:　　　　　(703)776-9701

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*
Phone:　　　　　　　703-776-9700
Email:　　　　　　　mail@jalindeman.com
Correspondent Name:　J.A. LINDEMAN & CO. PLLC
Address Line 1:　　　3190 FAIRVIEW PARK DRIVE
Address Line 2:　　　SUITE 1070
Address Line 4:　　　FALLS CHURCH, VIRGINIA 22042

| ATTORNEY DOCKET NUMBER: | 182.0001-US00 |
|---|---|
| NAME OF SUBMITTER: | JEFFREY A. LINDEMAN |
| SIGNATURE: | /Jeffrey A. Lindeman, Reg. No. 34,658/ |
| DATE SIGNED: | 11/13/2018 |

Total Attachments: 2
source=2018-11-13_Executed_Assignment#page1.tif
source=2018-11-13_Executed_Assignment#page2.tif

Attorney Docket Number: 182.0001-US00
Page 1 of 2

# INVENTORS' WORLDWIDE ASSIGNMENT

WHEREAS, this patent assignment (the "Assignment") is made as of November 9, 2018, (the "Effective Date")

WHEREAS, inventors Michael FRANCIS, Nathan KEMPER, Hilary WRIGGERS (collectively, "Assignors") possess the right, title, and interest for and in an invention entitled BIOPOLYMER COMPOSITIONS, SCAFFOLDS AND DEVICES ("the Invention"). The Invention is described in the corresponding listed patent Application No. 16/152,963 (the "Application"), which was filed on October 5, 2018; and PCT International Application No. PCT/US2018/000119, filed May 15, 2018; and

WHEREAS, EMBODY LLC, whose post office address is 4111 Monarch Way, Suite 409, Norfolk, VA 23508, ("Assignee"), is desirous of acquiring Assignors' entire right, title, and interest in and to this Invention in all countries throughout the world, and in and to the applications for Letters Patent in all countries throughout the world on this Invention and any Letters Patent to be issued from this Application, including all continuation applications, divisional applications, reissues, and re-examinations and all Letters Patent throughout the world which may be granted thereon, and all reissues thereof, and all rights to claim priority on the basis of the above Application, and all applications for Letters Patent which may hereafter be filed for this invention in any foreign country (including any PCT International applications), and all Letters Patent which may be granted on this Invention in any foreign country, and all extensions, renewals, divisional applications, and reissues thereof (all of Inventors' right, title, and interest referred to in this paragraph are hereinafter collectively referred to as the "Rights");

NOW THEREFORE, for and in consideration of the sum of One Dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignors confirm that they have sold, assigned, transferred, and conveyed, absolutely, and by way of further assurances do hereby sell, assign, transfer, and convey absolutely to Assignee, its lawful successors and assigns, Assignors' entire right, title, and interest in and to the aforesaid Rights in existence as of the Effective Date.

ASSIGNORS hereby authorize and request the Commissioner of Patents and Trademarks of the United States and any appropriate official of any foreign country whose duty it is to issue patents on applications as described above, to issue all Letters Patent under said Rights to Assignee, its successors and assigns, in accordance with the terms of this Assignment; and

ASSIGNORS hereby covenant that Assignors have the full right to convey the interest assigned by this Assignment, and that Assignors have not executed and will not execute any agreement in conflict with this Assignment;

AND, the aforesaid Assignment includes the Assignors' right in and to all income, royalties, damages and payments now or hereafter due or payable with respect to any Letters Patent which may be granted, and in and to all causes of action (either in law or in equity), and the right to sue, counterclaim, and recover for past, present and future infringement of the rights assigned or to be assigned under this Assignment, as fully and entirely as the same would have been held and enjoyed by Assignors if this sale and assignment had not been made;

**PATENT
REEL: 047486 FRAME: 0570**

Attorney Docket Number: 182.0001-US00
Page 2 of 2

ASSIGNORS further covenant and agree that, upon request of Assignee, Assignors will, without further consideration, communicate with Assignee, its successors and assigns, any facts known to Assignors respecting this Invention, sign and deliver all lawful papers when called upon to do so, including Declarations, Oaths, Powers of Attorney, Assignments, and Affidavits for or in relation to this Application and any continuation applications, divisional applications, reissues, and re-examinations, and to aid Assignee, its successors and assigns, to obtain and enforce proper patent protection for this Invention in the United States and any foreign country, it being understood that any expense incident to the execution of such papers shall be borne by Assignee, its successors and assigns.

The undersigned hereby authorize the firms of J.A. Lindeman & Co., PLLC to correct errors in this Assignment or to insert any further identification or other information necessary or desirable to make this Assignment suitable for recordal in any country.

IN WITNESS WHEREOF, said Assignors have hereunto set their hands.

Signature of Assignor: _____  Date: 11/9/18
Printed Name: Michael FRANCIS          Citizen of: United States
Post Office Address: 4111 Monarch Way, Suite 409, Norfolk, VA 23508
Residence (if different): _____

Signature of Assignor: _____  Date: 9/9/18
Printed Name: Nathan KEMPER           Citizen of: United States
Post Office Address: 4111 Monarch Way, Suite 409, Norfolk, VA 23508
Residence (if different): _____

Signature of Assignor: _____  Date: 11/9/18
Printed Name: Hilary WRIGGERS         Citizen of: United States
Post Office Address: 4111 Monarch Way, Suite 409, Norfolk, VA 23508
Residence (if different): _____