# EXHIBIT M



# Embody is the soft tissue healing company.

- Historical focus had been on "mechanical strength" augmentation, not biological.

  *Formative cadaveric or synthetic products lack appropriate **combination of biologic collagen chemistry, microarchitecture & structural integrity for tendon repair***

- Funded by DARPA and AFWERX with $22 million to develop collagen-based implants for soft tissue repair and augmentation.

- Launched Tapestry Biointegrative Implant in 2021. Launching TAPESTRY RC in arthroscopic RC repair in Q2.

- Launching MICROBRAID in Q1 2023.









# An Exceptional Team to Deliver Commercial Results


**Jeff Conroy**
CEO


**Tim Meyers**
CFO


**Rob Brown**
CCO


**Christy Nelson**
VP, Manufacturing


**John Rizzo**
VP, Sales


**Brianna Schehr**
Dir, Clinical & Regulatory


**Caitlin Harclerode**
Dir, Product Marketing


**Vicki Phillos**
Dir, Commercial Ops


**Matt Havener**
Dir, Product Development

emBODY

# Clinical Advisors and Faculty

## Shoulder
- *Kevin Bonner, MD,* Jordan-Young Institute
- *Brandon Bryant, MD,* Inova Sports Medicine, Washington NFL Team & Nationals Team Surgeon
- *Nick Sgaglione, MD,* Northwell Health
- *Louis McIntyre, MD,* Northwell Health
- *Sean Churchill, MD,* Aurora Health Center
- *Chris Jones, MD,* Colorado Springs Orthopedic
- *Sam Harmsen, MD,* TOCA
- *Kyle McClintock, MD,* Sutter Health, CORE Inst.
- *Amit Nathani, MD,* The Spine & Orthopedic Ctr CA

## Hip
- *W. Kelton Vasileff, MD,* Ohio State University Medical Ctr
- *John Ryan, MD,* Ohio State University Medical Ctr

## Foot & Ankle
- *Sam Adams, MD,* Duke Orthopedics, Head of F & A Research
- *Sheldon Lin, MD,* Rutgers-NJMS, Head of Orthopedic Research
- *Bill Simon, DPM,* Atlantic Foot & Ankle Center
- *Alan Ng, DPM,* FACFAS Denver, CO
- *Eric Giza, MD,* UC Davis
- *Kent Ellington, MD,* OrthoCarolina, NC

## Sports Med (Knee)
- *Greg DiFelice, MD,* Hospital for Special Surgery
- *Kevin Bonner, MD,* Jordan-Young Institute

## Orthopedic Research
- *Steven Arnoczky, DVM,* Michigan State University

    



5

# TAPESTRY Optimized Physio-Chemistry for Tendon

**The TAPESTRY Biointegrative Implant is a bioengineered implant combining Type 1 Bovine collagen chemistry with a highly aligned & highly porous architecture**

- Bioengineered micro-architecture & chemistry specifically designed for tendon repair.
  - Unaligned outer surface for isotropic suture retention strength and structural integrity
  - Highly aligned and consistent microarchitecture mimics native tendon
- Highly porous (>90%) to encourage cell and fluid infiltration
- Broad range of sizes & shapes: 20x30mm up to 70x50mm
- Room Temperature Storage, no refrigeration required
- FDA Clearance October 9, 2020 (K201572)
  - Indicated for the management and protection of tendon injuries …."Preclinical studies of TAPESTRY® showed dense collagenous fibrous connective tissue ingrowth into and around the scaffolding"



Not to Scale



1. Lin et. al., Biomaterials 2014
2. TAPESTRY IFU.



# TAPESTRY Mechanism of Action

A **collagen-based co-polymer with highly aligned, cell infiltration friendly microstructure** and controlled degradation profile, tailored fiber diameter, specific porosity/void up **100 μm**.

**Patented Collagen Co-polymer**
Patented Physio-Chemistry

**Bioengineered 3D Micro-architecture**

**Unique Cellular Micro-environment**

Early cell infiltration, attachment, and elongation

New collagen deposition and biointegration at 4wks

Incorporation into the native tissue 26wks

Neighboring Native Achilles

Induction of new, dense, collagenous tendon-like tissue @ 26 – 52wks

T = Tendon
I = TAPESTRY Implant
* = Tendon-Implant Interface



Maghdouri-White et al., 2020

# Superior Micro-Architecture for Tendon Healing[1]



**TAPESTRY**     **Reconstituted Collagen**     **Acellular Dermis**

TAPESTRY is significantly more porous and ordered than conventional biomaterials and is an analog to native tendon structure



1. Embody data on file

# Ultrasound Imaging at 6-Months



**KEY FINDINGS**

- Tendon thickness: 0.5 cm
- Tendon width: 3.1 cm
- Tendon echotexture: "Normal fibrillar echogenic tendon architecture without evidence of tendinosis."
- Tendon Integrity: "Intact"
- Other: "The collagen scaffold is not directly visualized suggesting complete integration or resorption. No anterior glenohumeral joint effusion or distention of the subcoracoid bursa."

**Conclusion:** "Intact subscapularis tendon without evidence of tendinosis or tear."

- Sunbscapularis Patient Series (n=5-15), with plans to expand to multi-center study & registry creation. Patients undergoing anatomic shoulder arthroplasty for primary glenohumeral osteoarthritis.
- 6 month post-op Ultrasound Evaluation w/fellowship-trained MSK radiologist (SSc integrity, tendon thickness, collagen architecture, graft integration)
- No complications observed (no aseptic bursitis, infection, SSc ruptures).



# Unparalleled Clinical Applications to Date…












# TAPESTRY RC System: Streamlined Delivery & Fixation

## Simple. Controlled. Versatile. Efficient.



### Implant Delivery
- Simple & low-cost design.
- Introducer pre-loaded with implant
  - Sizes: 20x30mm, 30x30mm, 40x30mm
- Highly controlled, single handed placement & operation
- Accommodates surgeon approach preference (lateral or anterior delivery).



### Implant Fixation
- Pre-loaded, multiple (2) anchor delivery in single pass
  - PDO resorbable material
  - Optimized design for both tendon and bone fixation
- Visualization and protection of anchor during delivery
- Simple, quick, single-handed & reproducible operation











# MICROBRAID Overview

**Advantages over conventional High-Strength Orthopedic Sutures:**

- **Biologic:** Biostimulative collagen stimulates angiogenesis, promotes new collagen formation and bio-integration.

- **Balanced:** Controlled degradation of collagen as remodeling occurs, retaining strength of UHMWPE fibers

- **Biocompatible:** Novel cross-linking has no associated inflammatory response.

- **Strength:** Comparable strength to conventional UHMWPE products (i.e. FiberWire) for high demand applications such as RCR, M/L Instability, etc.)

- **Versatile:** RFR 1.5mm & 2.5mm, #2 RND, 2-0 RND



**Product attributes are highly tuneable based % and size of collagen fiber**




# MICROBRAID Bench Data

**MICROBRAID significantly higher cell attachment capacity compared to collagen coated FiberWire**

**MICROBRAID facilitates cell attachment and proliferation**



Human mesenchymal cell proliferation over 14 days



Human mesenchymal cell attachment over 24 hours




# Focus on Clinical Data Generation

## Generate clinical data and long-term evidence

- Use 2021 to create clinical case series data demonstrating value across a breadth of indications:
    - Subscapularis (TSA) – Completed Q4 2021
    - Gluteus Medius Hip – Underway at OSU, Data Q1 2022
    - Foot & Ankle – Protocol in place, Data Q1 2022
- Multi-Ctr Subscapularis Registry underway. 5 sites
- Launch patient registry for Tapestry RC clearance to collect long-term efficacy data which will drive 2024/2025 revenue growth.
- Expand patient registry approach to include Subscapularis (TSA) and Hip Capsule.
- Position ourselves for long-term success with a portfolio of evidence.



# Embody Highlights

| | |
|---|---|
| **Growing and Attractive Market** | • Targeting high growth Orthopedics applications for collagen value proposition<br>• Substantially de-risked with 500+ Tapestry Patients<br>• FDA 510(k) Clearance of Tapestry RC System in Q2 2022<br>• MICROBRAID™ Suture FDA 510(k) clearance in Q1 2023 |
| **Novel next-generation regenerative material platform** | • Robust IP Portfolio with protection of surgical implants and proprietary components formulation together with state-of-the-art production techniques<br>• 9 US Patents, 18 Patent Families & 27 Pending Applications<br>• Favorable COGs, 80%+ GM and a scalable manufacturing facility<br>• Scalable platform technology across Sports Medicine |
| **Seasoned and experienced team** | • Extensive orthopedic, device and biomaterials experience<br>• Successfully lead, commercialized and exited new technologies<br>• Strong Scientific and Clinical Advisor engagement |