# EXHIBIT O

**EXHIBIT O**

| | **Infringement Chart for U.S. Patent No. 11,318,227** | |
|---|---|---|
| | **Claim Element** | **Infringement by ACTIVBRAID Suture** |
| 1a | A method of treating a tissue defect in a subject comprising: | On information and belief, Embody has used its ACTIVBRAID suture in testing the efficacy and safety of the product to treat a tissue defect in a subject. Zimmer's customers have also used the ACTIVBRAID suture.<br><br>![Platforms Extend to All Major Sports Med Segments]<br><br>Embody, LSI USA '22 Emerging Medtech Summit Presentation (hereinafter, "LSI Presentation") at slide 2.<br><br>"Sutures consisting primarily of biological materials for the surgical repair, rejoining or regeneration of tissues." *Id.* |
| 1b | Implanting at the tissue defect a scaffold comprising | The use of ACTIVBRAID involves implanting a scaffolding at the tissue defect. |

**EXHIBIT O**

ACTIVBRAID includes a scaffold:

"ActivBraid is a collagen and ultra high molecular weight polyethylene (UHMWPE) co-braid suture that provides a structure for biointegration to facilitate new tissue formation, without compromising strength. ActivBraid is designed to support a strong repair for demanding orthopedic applications." *See* https://www.zimmerbiomet.com/en/products-and-solutions/specialties/sports-medicine/activbraid.html (last visited August 25, 2023).

"Biostimulative collagen stimulates angiogenesis, promotes new collagen formation and bio-integration." *See* LSI Presentation at slide 14.

"MICROBRAID facilitates cell attachment and proliferation." *Id.*



*Id.* at slide 15.

**EXHIBIT O**

|  |  |  |
|---|---|---|
|  |  | "Sutures consisting primarily of biological materials for the surgical repair, rejoining or regeneration of tissues." Goods and Services for U.S. Serial No. 90/061,733.<br><br>"ActivBraid is a collagen co-braid suture that provides a structure for biointegration to facilitate new tissue formation, designed to support a strong repair." *See* https://www.zimmerbiomet.com/en/products-and-solutions/specialties/sports-medicine/activbraid.html (last visited August 25, 2023). |
| 1c | Crosslinked fibers comprising collagen, | The ACTIVBRAID suture comprises crosslinked fibers comprising collagen.<br><br>"Biostimulative collagen stimulates angiogenesis, promotes new collagen formation and bio-integration." LSI Presentation at slide 14.<br><br>"Novel cross-linking has no associated inflammatory response." *Id.*<br><br>"ActivBraid is a collagen co-braid suture that provides a structure for biointegration to facilitate new tissue formation, designed to support a strong repair." *See* https://www.zimmerbiomet.com/en/products-and-solutions/specialties/sports-medicine/activbraid.html (last visited August 25, 2023). |

**EXHIBIT O**

| | | |
|---|---|---|
| | <br>LSI Presentation at slide 14. | |
| 1d | wherein a result of a fast Fourier transform (FFT) analysis of the fibers demonstrates that the fibers have major adjacent peaks that are about 180º apart from each other, and | A result of a fast Fourier transform (FFT) analysis of the ACTIVBRAID suture's fibers demonstrates that the fibers have adjacent major peaks that are about 180º apart from each other. |



LSI Presentation at slide 14.

**EXHIBIT O**

| | | |
|---|---|---|
| | 

**Biointegrative Suture**

ActivBraid is a collagen co-braid suture that provides a structure for biointegration to facilitate new tissue formation, designed to support a strong repair.[1,2]

See https://www.zimmerbiomet.com/en/products-and-solutions/specialties/sports-medicine/activbraid.html (last visited September 20, 2023). | |
| 1e | applying the scaffold to the tissue defect to repair a tendon, a ligament or a nerve defect. | Use of the ACTIVBRAID suture involves applying it to the tissue defect to repair a tendon, a ligament, or a nerve defect.

"ActivBraid is a collagen and ultra high molecular weight polyethylene (UHMWPE) co-braid suture that provides a structure for biointegration to facilitate new tissue formation, without compromising strength. ActivBraid is designed to support a strong repair for demanding orthopedic applications." See https://www.zimmerbiomet.com/en/products-and-solutions/specialties/sports-medicine/activbraid.html (last visited August 25, 2023). |

**EXHIBIT O**



LSI Presentation at slide 2.